**Below is the Order of the Court.**



**Timothy W. Dore
U.S. Bankruptcy Court**

(Dated as of Entered on Docket date above)

___

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| In re:<br><br>Harland Samuel Markham and Deborah May Markham,<br><br>                  Debtors. | Bankruptcy No. 20-12648<br><br>**ORDER RESTRICTING ACCESS TO INFORMATION** |
|---|---|

THIS MATTER comes before the Court on Debtor's Motion to Restrict Access to and Redact Petition (Docket No. 1). Having considered the Motion in this matter, the Court hereby ORDERS: Debtor's Motion to Restrict Access to and Redact Petition (Dkt. No. 1) is GRANTED. Upon entry of this Order, the Clerk of the Court shall permanently remove from public view and prohibit electronic access to Docket Number 1. Within seven days of the entry of this Order, the Debtors shall file a properly redacted version of their petition and schedules.

/// END OF ORDER///

Presented by:

LASHER HOLZAPFEL
SPERRY & EBBERSON, PLLC

/s/ Danial D. Pharris
_____
Danial D. Pharris, WSBA #13617
Attorneys for Debtors

ORDER RESTRICTING ACCESS TO INFORMATION - 1
{22927/30260/V1391857.DOCX}

LASHER HOLZAPFEL SPERRY & EBBERSON PLLC
2600 Two Union Square
601 Union Street
Seattle, WA 98101-4000
(206) 624-1230
Fax (206) 340-2563